NO. 15-25-00118-CV

JAMES BRICKLEY,
  Appellant,

v.

NICHOLAS WALTON,
  Appellee.

§
§
§
§
§

COURT OF APPEALS NUMBER
15-25-00118-CV

TRIAL COURT CASE NUMBER
DC-24-55842

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUL 15 2025

CHRISTOPHER A. PRINE
CLERK

---

## DOCKETING STATEMENT

1. Appellant is James Brickley, pro-se. Address: 3201 FM 929, Gatesville, Texas 76597. There is no phone number for James Brickley or fax associated due to his status as an inmate in TDCJ.

2. Appellee is Nicholas Walton, represented by Jacobi I. Pons, Assistant Attorney General. Address for attorney: P.O. Box 12548, Capitol Station, Austin, Texas 78711. Phone:(512)-463-2080. Fax: (512)-370-9814. e-mail: jacobi.pons@oag.texas.gov.

3. Appellant brought this case as a tort claim against appellee in his individual capacity for violation of his access to courts and theft of appellant's legal work in violation of the law and TDCJ policies.

4. The judgment on the order to dismiss was made with prejudice, signed on June 10th 2025, after a request for attorney to show authority to act was filed on June 09,2025.

5. Appellant filed a timely notice of appeal in the trial court through the trial court clerk filed on June 26,2025, along with a request for preparation of the clerk's record and designation of inclusions in the record. There was no significant hearing other than a hearing on service by certified mail, which this Court is already in possession of, which ran concurrent with the hearing for service in Brickley v. Mitchell, Court of Appeals No. 15-25-

1

00063-CV.

6. A motion requesting the trial court to make findings of fact and conclusions of law was filed on June 26,2025.

7. This case was held in the 440th Judicial District in Coryell County,Texas with the Honorable Grant Kinsey presiding.


Respectfully submitted,

*James Brickley* July 9 2025

JAMES BRICKLEY
Appellant
3201 FM 929
Gatesville, Texas 76597


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Docketing Statement was forwarded to my agent with express instruction to send to the appellee at the address for his attorney of record as listed above.

July 9 2025

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597